**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  12-cv-00081-LTB-BNB

KEVIN ALVES,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

        Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Plaintiff's Second and Third Claim for Relief (Doc 10 - filed March 28, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that Plaintiff's Second and Third Claims for Relief shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.  This Order does not affect Plaintiff's First Claim for Relief for Breach of Contract - Underinsured Motorist (UIM) benefits.

BY THE COURT:

    s/Lewis T. Babcock          
Lewis T. Babcock, Judge

DATED:   March 29, 2012