**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  12-cv-00081-LTB-BNB

KEVIN ALVES,

       Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 13 - filed April 6, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:


                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   April 10, 2012